**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Maria De La Luz Monzon-Gaxiola, | No. CV-26-03262-PHX-JCH (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged her present immigration detention, arguing she was released from immigration detention and was redetained without any due process. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 3.)  Respondents' response stated they "do not oppose the habeas petition or Petitioner's request for release from custody."  (Doc. 4.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for release from custody.

Accordingly,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

. . . .

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 28th day of May, 2026.

_____
John C. Hinderaker
United States District Judge

- 2 -